UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT STOCK,

    Plaintiff,

v.                                                          4:13cv521-WS

CHEMRING ORDNANCE, INC.,
formerly known as MARTIN
ELECTRONICS, INC.,

    Defendant.

_____

ORDER GRANTING PLAINTIFF'S MOTION
TO FILE AN AMENDED COMPLAINT

Before the court is the plaintiff's motion for leave to file an amended complaint. Doc. 11. There being no opposition to the motion, it is ORDERED:

    1. The plaintiff's motion (doc. 11) for leave to amend his complaint is GRANTED.

    2. The clerk shall docket the amended complaint that is currently attached to the motion as exhibit A.

    3. The defendant's earlier-filed motion to dismiss (doc. 6) is DENIED as moot.

DONE AND ORDERED this   14th   day of   November  , 2013.

                                            s/ William Stafford
                                            WILLIAM STAFFORD
                                            SENIOR UNITED STATES DISTRICT JUDGE