UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ROBERT STOCK,

     Plaintiff,

v.                                                                                    4:13cv521-WS

CHEMRING ORDNANCE, INC.,
formerly known as MARTIN
ELECTRONICS, INC., and
MILKOR USA, INC.,

     Defendants.

_____

ORDER DENYING MILKOR'S MOTION TO STRIKE
PLAINTIFF'S FIRST AMENDED COMPLAINT

Before the court is a motion to strike or, in the alternative, for a more

definite statement filed by the defendant, Milkor USA, Inc. ("Milkor").  Doc. 22.

Milkor contends that the plaintiff's first amended complaint is a prohibited

"shotgun pleading."  Because the court finds no merit to Milkor's contention, it is

ORDERED:

Milkor's motion (doc. 22) to strike or, in the alternative, for a more definite

statement is DENIED.

DONE AND ORDERED this ___9th___ day of ____January___, 2014.




        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE